IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| *Appellee* | * | |
| vs. | | |
| | * | Case No.: 14-4109 |
| **SEAN BRADFORD CONTEE** | * | |
| *Appellant* | | |
| | * | |

**MOTION TO EXTEND TIME TO FILE OPENING BRIEF**

Appellant, Sean Bradford Contee, by and through his attorney, Marc G. Hall, Esq., hereby respectfully requests this Honorable Court to extend time to file the Appellant's Brief and Joint Appendix in the above captioned matter, for reasons, therefore, states as follows:

1. Opening brief in this matter is due on May 8, 2014.

2. Counsel expects that this matter, which was a plea at the District Court level, will be an *Anders* brief. However counsel is preparing for a two-week trial, United States vs. Steven Vondell Williams, that is scheduled to begin on May 13, 2014.

3. Because of the amount of time counsel has spent preparing for this upcoming trial counsel has been unable to spend sufficient time preparing the brief as well as communicating with the client regarding the brief.

4. Leah Jo Bressack, the Assistant United States Attorney who is handling this matter has indicated he has on objection to this extension of time.

5. Counsel believes that an approximate 30 day extension from today's date, until June 6, 2013 would be sufficient to accomplish finish the trial and write the brief in this matter.

WHEREFORE the foregoing reasons, Defendant respectfully requests an Extension of

Time to file Appellant's Brief and Joint Appendix in this matter to June 6, 2014.

                              Respectfully submitted,

                              Law Office of Marc G. Hall, P.C.

By: _____/S/_____
       Marc G. Hall, Esq.
       Law Office of Marc G. Hall
       200 A Monroe Street, Suite 310
       Rockville, Maryland 20850
       301 309-6678
       mghlaw@mac.com
       Attorney for Appellant

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on the 8th day of May, 2014, a copy of the foregoing **Motion to Extend Time** was sent via ecf to: Leah Jo Bressack, Assistant United States Attorney, District of Maryland.

                              /S/_____
                              Marc G. Hall
                              Attorney for Appellant